

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00030-CV

Tomas G. **GOMEZ**, Jr.,
Appellant

v.

Anna Belle Guajardo **GOMEZ**,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3,949
Honorable Enrique Fernandez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant Tomas G. Gomez, Jr.

SIGNED April 24, 2013.

_____
Rebeca C. Martinez, Justice